UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JAMES JAVERS**                                                                                      **CIVIL ACTION**

**VERSUS**                                                                                                    **NO. 11-1577**

**NORTHLAND INSURANCE CO., ET AL.**                                        **SECTION "K"(2)**

### ORDER

Before the Court is Plaintiff's Motion to Remand to the Civil District Court for the Parish of Orleans, State of Louisiana. (Doc. 8). Northland Insurance Company, the only served defendant, removed this matter on July 5, 2011. It will represent the other two entities named in this suit, K-Fil Transportation, Inc. and James Dikes, when they are served. Plaintiff filed the instant motion with a stipulation that James Javers' claim is below $75,000. Based on that stipulation, Northland Insurance Company filed a reply stating that it has no opposition to the motion and remand of the case. (Doc. 9). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED** and this suit is hereby **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana. (Doc. 8).

New Orleans, Louisiana, this 24th day of August, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE